UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
CATHERINE E. WASZAK, as Personal )
Representative of the Estate of )   Case No. C04-0732L
JAMES T. WASZAK, )
)
                Plaintiff, )
    v. )
)   ORDER DENYING MOTION FOR
PRIMAX RECOVERIES, INC., *et al.*, )   RECONSIDERATION
)
              Defendants. )
_____)

        Plaintiff filed a motion to reconsider the February 11, 2005, Order staying the above-captioned matter. Motions for reconsideration are disfavored in this district and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier without reasonable diligence." Local Civil Rule 7(h)(1). Plaintiff has not shown either manifest error or new evidence/law that suggests that the Court abused its discretion in staying this matter. Plaintiff's motion for reconsideration is, therefore, DENIED.

        DATED this 18th day of April, 2005.

                                      */s/ Robert S. Lasnik*
                                      Robert S. Lasnik
                                      United States District Judge